UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

CITIZENS INSURANCE COMPANY
OF AMERICA,

      Plaintiff,

v.

Case No. 03 74256
Hon. Lawrence P. Zatkoff

MIDMICHIGAN HEALTH
CONNECTCARE NETWORK PLAN,

      Defendant.
_____

| | |
|---|---|
| Robert L. Goldenbogen (P46166) | Craig H. Lubben (P33154) |
| Garan Lucow Miller, P.C. | Miller Johnson |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 511 Fort Street, Suite 505 | Rose Street Market Building |
| Port Huron, MI  48060 | 303 North Rose Street, Suite 600 |
| | Kalamazoo, MI  49007 |
| | 269-226-2958 |

_____

## ORDER OF DISMISSAL WITH PREJUDICE

    At a session of said Court held this 16th day of October, 2006, in the City of Port Huron, State of Michigan.

    PRESENT:   HONORABLE LAWRENCE P. ZATKOFF

    The Court having read the stipulation of the parties and being fully advised in the premises,

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with no costs being awarded to either party.

                                       s/Lawrence P. Zatkoff_____
                                       Honorable Lawrence P. Zatkoff

#172799